NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Jonathan Birdt
18252 Bermuda Street
Northridge, CA 91326
jon@jonbirdt.com
818-400-4485

ATTORNEYS FOR: Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Jonathan Birdt | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV10 8377-RGK (JEMx) |
| v. | |
| CHARLIE BECK, LEE BACA, THE LOS ANGELES POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Jonathan Birdt
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**    **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Jonathan Birdt                Plaintiff

October 28, 2010
Date

Sign

Jonathan Birdt
Attorney of record for or party appearing in pro per

---

CV-30 (04/10)                NOTICE OF INTERESTED PARTIES