**JONATHAN W. BIRDT – SBN 183908**
18252 Bermuda Street
Porter Ranch, CA 91326
Telephone:     (818) 400-4485
Facsimile:      (818) 428-1384
jon@jonbirdt.com
Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>   Plaintiff,<br><br>vs.<br><br>CHARLIE BECK, LEE BACA, THE LOS ANGELES POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT, DOES 1 to 50,<br><br>   Defendants. | CASE NO.  2:10-CV-08377-RGK -JEM<br><br>**PLAINTIFF'S OPPOSITION TO REQUEST FOR CONTINUANCE**<br><br>Department: 850<br>Before: Hon. R. Gary Klausner<br>Location: Roybal Courthouse,<br>255 East Temple Street<br>Los Angeles, CA 90012 |

   Plaintiff agreed to a 60 day extension pursuant to the parties meet and confer after the first request by Defense, recognizing their need to conduct discovery.  Plaintiff agreed to provide written discovery responses within 24 hours (which he has done) and appear for deposition on 24 hours notice (which he has done) and Defendants agreed to not seek a continuance barring exceptional circumstances.  Defendants say they need the deposition transcript, but they set the date for the deposition, and it is common knowledge that an expedited deposition transcript can be provided in 24 hours.  Defendants next suggest their expert needs time to review "gun arrest" statistics, the department has yet to prepare, but offer no explanation as to what that has to do with any of the issues in this case or how it is in any way germane to the issues presented by Plaintiffs motion.

319030.1

This is a very straightforward action. Plaintiff contends the Departments' Policy of requiring proof of clear and present danger violates his Second Amendment Rights. Defendants believe in delay. Though, required to make applications available pursuant to a consent decree, it took Plaintiff three months just to get an application and then two promises and two more months before it actually arrived. Defendants seek nothing more than further delay, all to the detriment of Plaintiffs' Fundamental Constitutional Rights.

Treating this as a second request for continuance after being given a full opportunity to conduct discovery, and with no showing of what specific evidence is needed that is required to oppose the motion, it is respectfully submitted that the request should be denied.

March 1, 2011                                                __/s/ Jonathan W. Birdt_____
                                                             By Plaintiff Jonathan W. Birdt

319030.1