**NO FEE DUE**
**GOV'T CODE § 6103**

ANDREA SHERIDAN ORDIN, County Counsel
ROGER H. GRANBO, Assistant County Counsel
JENNIFER A.D. LEHMAN, Principal Deputy County Counsel
(SBN 191477) • jlehman@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone (213) 974-1908  Fax: (213) 626-2105

Attorneys for Defendants
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and LEE BACA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>Plaintiff,<br><br>v.<br><br>CHARLIE BECK, LEE BACA, THE LOS ANGELES POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and DOES 1 through 50,<br><br>Defendants. | CASE NO. CV 10-08377 RGK (JEMx)<br><br>**DEFENDANTS' REQUEST FOR RULING ON REQUESTS FOR CONTINUANCE UNDER F.R.C.P. 56(F)**<br><br>Action Filed:   November 4, 2010<br>MSJ Filing<br>Cutoff:            July 19, 2011<br>**Trial Date:    October 4, 2011** |

Defendants County of Los Angeles and Sheriff Baca, and Defendants City of Los Angeles and Chief Beck respectfully submit this request for ruling on their motions for a continuance under Federal Rule of Civil Procedure 56(f). All parties filed their requests on March 1, 2011. Plaintiff opposed the request on the same day. Should the requests for continuances be denied, Defendants' Oppositions will

HOA.773362.1

1  be due soon on March 14, 2011.[1]  As of the filing of this request, the parties have
2  not heard from the Court.  Defendants maintain that additional time and discovery is
3  required to adequately oppose Plaintiff's motion; however, should the Court
4  disagree, Defendants would ask the Court to let the parties know so that Defendants
5  may prepare some form of an Opposition.  As discussed in further detail in
6  Defendants' requests, the Scheduling Conference in this matter was held on
7  February 14, 2011.  Plaintiffs' motion is calendared for April 4, 2011.  The motion
8  filing cutoff is not until July 2011.

---

[1] Notably, Defendants also have a motion to stay the action pending for March 14, 2011, the date Defendants' Oppositions would be due.

| | | |
|---|---|---|
| 1 | DATED: March 7, 2011 | CARMEN A. TRUTANICH, City Attorney |
| 2 | | GARY G. GEUSS, Chief Asst. City Attorney |
| 3 | | CORY M. BRENTE, Supr. Asst. City Attorney |

By            /SS/
       ELIZABETH MITCHELL
       Deputy City Attorney

Attorneys for Defendants
CHARLIE BECK and the LOS ANGELES
POLICE DEPARTMENT

DATED: March 7, 2011

ANDREA SHERIDAN ORDIN
County Counsel

By            /SS/
       JENNIFER A.D. LEHMAN
       Principal Deputy County Counsel

Attorneys for Defendants
LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT and LEE BACA