NO FEE DUE
GOV'T CODE § 6103

ANDREA SHERIDAN ORDIN, County Counsel
ROGER H. GRANBO, Assistant County Counsel
JENNIFER A.D. LEHMAN, Principal Deputy County Counsel
(SBN 191477) • *jlehman@counsel.lacounty.gov*
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone (213) 974-1908 Fax: (213) 626-2105

Attorneys for Defendants
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and LEE BACA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLIE BECK, LEE BACA, THE LOS ANGELES POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and DOES 1 through 50,<br><br>    Defendants. | CASE NO. CV 10-08377 RGK (JEMx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS LOS ANGELES COUNTY SHERIFF'S DEPARTMENT AND LEE BACA'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Jonathan Birdt sues the Los Angeles County Sheriff's Department, Sheriff Lee Baca, the City of Los Angeles and Chief Charlie Beck alleging federal civil rights causes of action arising out of the denial of Plaintiff's application for a concealed weapons license.

After full consideration of the evidence, the separate statement of each party, the memorandum of points and authorities submitted by counsel, as well as oral argument, the Court finds there are no triable issues of material fact in this action and Defendants County of Los Angeles and Sheriff Lee Baca are entitled to

HOA.785105.1

summary judgment as a matter of law.

As such, Defendants Los Angeles County Sheriff's Department and Sheriff Lee Baca's motion for summary judgment is GRANTED. IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED THAT judgment be, and hereby is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action and Defendants shall recover their costs.

**IT IS SO ORDERED.**

DATE:_____       _____

Honorable R. Gary Klausner
United States District Court Judge