# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>Plaintiff,<br><br>v.<br><br>CHARLIE BECK, LEE BACA, THE LOS ANGELES POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT, DOES 1 to 50, *inclusive,*<br><br>Defendants. | CASE NO. CV10-8377 RGK (JEM)<br><br>[PROPOSED] JUDGMENT RE: DEFENDANTS LOS ANGELES POLICE DEPARTMENT AND BECK'S MOTION FOR SUMMARY JUDGMENT |

The Defendants Los Angeles Police Department and Beck's Motion for Summary Judgment or Partial Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment came on regularly for hearing on May 16, 2011, before the Honorable R. Gary Klausner. The following appearances were made by the parties: on behalf of the Plaintiff, Jonathan Birdt, in Pro Se and on behalf of Defendants Los Angeles Police Department and Charlie Beck, Deputy City Attorneys Wendy Shapero and Elizabeth Mitchell. After considering the moving, opposing, and reply papers, and having heard the arguments of counsel, the Court issued its Order granting the Motion

for Summary Judgment in favor of Defendants Los Angeles Police Department and Charlie Beck.

Therefore, for the reasons set forth by this Court granting the Summary Judgment, judgment is hereby entered in Defendants' favor and against Jonathan Birdt. As the Defendants are the prevailing party, they shall be entitled to recover their costs reasonably incurred pursuant to F.R.C.P.

IT IS SO ORDERED:

DATED: _____     _____
Honorable Judge R. Gary Klausner
United States District Court Judge