**JONATHAN W. BIRDT – SBN 183908**
18252 Bermuda Street
Porter Ranch, CA 91326
Telephone:     (818) 400-4485
Facsimile:      (818) 428-1384
jon@jonbirdt.com
Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>             Plaintiff,<br><br>vs.<br><br>CHARLIE BECK, LEE BACA, THE LOS ANGELES POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT, DOES 1 to 50,<br><br>             Defendants. | CASE NO.  2:10-CV-08377-RGK -JEM<br><br>**EX PARTE REQUEST FOR RULING ON PLAINTIFF'S RULE 56(F) REQUEST TO CONTINUE DEFENDANTS MOTION FOR SUMMARY JUDGMENTS**<br><br>Department: 850<br>Before: Hon. R. Gary Klausner<br>Location: Roybal Courthouse,<br>255 East Temple Street<br>Los Angeles, CA 90012 |

Because Defendants refuse to stipulate to Plaintiffs first request and and the opposition to Defendants motions would be due in less than seven days, Plaintiff respectfully requests that Court review this matter at its' earliest convenience.  Plaintiff provided a copy of the request to Defense Counsel over the Weekend, but defense counsel are unwilling to grant any extension of time.  The Sheriff has gone so far as to combine both of his documents in an effort to hamper Plaintiffs request for more time to address the issues raised by the motion, but this should not impede the flow of justice, and increase the work necessary by both Counsel and the Court.

April 18, 2011                                           __/s/ Jonathan W. Birdt_____
                                                                       By Plaintiff Jonathan W. Birdt

319030.1