1

**JONATHAN W. BIRDT – SBN 183908**
18252 Bermuda Street

2

Porter Ranch, CA 91326
Telephone:     (818) 400-4485

3

Facsimile:     (818) 428-1384

4

jon@jonbirdt.com
Plaintiff

5

6

7

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

8

9

10

11       JONATHAN BIRDT,                              )   **CASE NO.  2:10-CV-08377-RGK -JEM**
                                                      )

12                              Plaintiff,            )   **EX PARTE REQUEST TO STRIKE**
                                                      )   **FILING FILED IN VIOLTION OF FRCP**

13        vs.                                         )   **5.2, CONTAINING PLAINTIFFS SOCIAL**
                                                      )   **SECURITY NUMBER, DRIVERS**

14       CHARLIE BECK, LEE BACA, THE LOS              )   **LICENSE NUMBER AND DATE OF**
          ANGELES POLICE DEPARTMENT and              )   **BIRTH**

15       THE LOS ANGELES COUNTY                       )
          SHERIFFS DEPARTMENT, DOES 1 to 50, )         Department: 850

16                                                    )   Before: Hon. R. Gary Klausner

17                              Defendants.           )   Location: Roybal Courthouse,
                                                      )   255 East Temple Street

18                                                    )   Los Angeles, CA 90012

19       _____ )

20

Yesterday, LASD filed documents citing Plaintiffs complete social security number, date of birth

21

and drivers license number.  Immediate court intervention is required to prevent significant harm to

22

Plaintiff.  The documents is Document number 55 and captioned:

23

   "STATEMENT of UNDISPUTED FACTS and CONCLUSIONS OF LAW; EVIDENCE

24

   and RESPONSE TO PLAINTIFF'S SEPARATE STATEMENT filed concurrently with
   MOTION for Summary Judgment as to Plaintiff's First Amended Complaint *and*

25

   *Concurrent OPPOSITION to Plaintiff's Motion for Summary Judgment*[54] filed by
   Defendants Lee Baca, The Los Angeles County Sheriffs Department"

26

27

Plaintiffs' social security, drivers license and or date of birth appears on pages 38, 43, 55, 65, 75

28

and 83.  Given the urgency of this situation, a more detailed motion is not presented but the Court is

319030.1

1    respectfully requested to intervene immediately to rectify this significant violation of Plaintiffs

2    privacy and violation of the e-file certification and rules.

3

4    April 19, 2011                                      __/s/ Jonathan W. Birdt_____

5                                                         By Plaintiff Jonathan W. Birdt

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

319030.1