NO FEE DUE
GOV'T CODE § 6103

ANDREA SHERIDAN ORDIN, County Counsel
ROGER H. GRANBO, Assistant County Counsel
JENNIFER A.D. LEHMAN, Principal Deputy County Counsel
(SBN 191477) • *jlehman@counsel.lacounty.gov*
JONATHAN MCCAVERTY, Deputy County Counsel
(SBN 210922) • *jmccaverty@counsel.lacounty.gov*
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone (213) 974-1908  Fax: (213) 626-2105

Attorneys for Defendants
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT & LEE BACA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>Plaintiff,<br><br>v.<br><br>CHARLIE BECK, LEE BACA, THE LOS ANGELES POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and DOES 1 through 50,<br><br>Defendants. | CASE NO. CV 10-08377 RGK (JEMx)<br><br>**NOTICE OF LODGING DEFENDANTS LOS ANGELES COUNTY SHERIFF'S DEPARTMENT & LEE BACA'S AMENDED SEPARATE STATEMENT OF UNDISPUTED FACTS & CONCLUSIONS OF LAW; EVIDENCE IN SUPPORT THEREOF AND RESPONSE TO PLAINTIFF'S SEPARATE STATEMENT**<br><br>[Filed concurrently with Notice of Motion and Motion for Summary Judgment/Opposition to Plaintiff's Motion for Summary Judgment; Proposed Order]<br><br>MSJ Date;       **May 16, 2011**<br>Time:             9:00 a.m.<br>Dept.             850<br><br>Action Filed:   November 4, 2010<br>**Trial Date:**    October 4, 2011 |

Pursuant to Local Rule 56-1, Los Angeles County Sheriff's Department and Sheriff Lee Baca ("the LASD Defendants") lodge their Amended Separate

HOA.786860.1

Statement of Uncontroverted Facts & Conclusions of Law, and Evidence in support of their Motion for Summary Judgment/Partial Summary Judgment. This Amended Separate Statement replaces former Docket No. 55, which inadvertently contained personal information. Said information has been redacted in this Amended Separate Statement, which is attached hereto.

DATED: April 20, 2011                    Respectfully submitted,

ANDREA SHERIDAN ORDIN
County Counsel

By _____
JENNIFER A.D. LEHMAN
Principal Deputy County Counsel

Attorneys for Defendants
LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT & LEE BACA