**JONATHAN W. BIRDT – SBN 183908**
18252 Bermuda Street
Porter Ranch, CA 91326
Telephone:	(818) 400-4485
Facsimile:	(818) 428-1384
jon@jonbirdt.com
Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>        Plaintiff,<br><br>  vs.<br><br>CHARLIE BECK, LEE BACA, THE LOS ANGELES POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT, DOES 1 to 50,<br><br>        Defendants. | CASE NO.  2:10-CV-08377-RGK -JEM<br><br>**STIPULATION WAIVING ORAL ARGUMENTS ON MOTIONS FOR SUMMARY JDUGMENT AND NON-OPPOSITION TO BRADY AMICUS MOTION**<br><br>Date: May 16, 2011<br>Time: 9:00 a.m.<br>Department: 850<br>Before: Hon. R. Gary Klausner<br>Location: Roybal Courthouse,<br>255 East Temple Street<br>Los Angeles, CA 90012 |

IT IS HEREBY STIPULATED by Plaintiff JONATHAN BIRDT, Defendants LOS ANGELES POLICE DEPARTMENT and CHARLIE BECK, and Defendants LEE BACA and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT through their respective attorneys of record, that all parties waive oral argument on the motions for Summary Judgment set for May16, 2011, and further waive any opposition to the filing of the Amicus Brief by the Brady Center.

1  I have read and reviewed the foregoing stipulation and agree to it on behalf of my client(s).

3  IT IS SO STIPULATED.

DATED: April 27, 2011				JONATHAN BIRDT, in Pro Se

						 /s/ Jonathan Birdt_____
						JONATHAN BIRDT

DATED: April 27, 2011				CARMEN A. TRUTANICH, City Attorney
						GARY G. GEUSS, Chief Assistant City Attorney
						CORY M. BRENTE, Supervising Asst. City Attorney


						___/s/  Elizabeth Mitchell_____
						ELIZABETH MITCHELL
						Deputy City Attorney

Attorneys for Defendants CITY OF LOS ANGELES and CHARLIE BECK


DATED: April 27, 2011				ANDREA ORDIN, County Counsel

						By: /s/ Jennifer Lehman_____
						JENNIFER LEHMAN
						Deputy County Counsel

Attorney for Defendants LEE BACA and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT