**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN BIRDT, | CASE NO. 2:10-CV-08377-JAK -JEM |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| CHARLIE BECK, LEE BACA, THE LOS ANGELES POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT, DOES 1 to 50, | |
| Defendants. | |

Based upon the stipulation of the Parties, the Court ORDERS as follows:

1. The Motions for Summary Judgment previously set for May 16, 2011 are hereby taken off calendar and under submission based upon the parties waiver of oral argument.
2. The Application to file an Amicus Brief by the Brady Center is granted and deemed filed and taken under submission.

Dated:_____            _____

Judge John A Kronstadt