1  ANDREA SHERIDAN ORDIN, County Counsel
   ROGER H. GRANBO, Assistant County Counsel
2  JENNIFER A.D. LEHMAN, Principal Deputy County Counsel
   (SBN 191477) • *jlehman@counsel.lacounty.gov*
3  JONATHAN MCCAVERTY, Deputy County Counsel
   (SBN 210922) • *jmccaverty@counsel.lacounty.gov*
4  648 Kenneth Hahn Hall of Administration
   500 West Temple Street
5  Los Angeles, California 90012-2713
   Telephone (213) 974-1908  Fax: (213) 626-2105
6
   Attorneys for Defendants
7  LOS ANGELES COUNTY SHERIFF'S DEPARTMENT & LEE BACA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLIE BECK, LEE BACA, THE LOS ANGELES POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and DOES 1 through 50,<br><br>    Defendants. | CASE NO. CV 10-08377 JAK (JEMx)<br><br>**NOTICE OF LODGING DEFENDANTS LOS ANGELES COUNTY SHERIFF'S DEPARTMENT & LEE BACA'S REPLY SEPARATE STATEMENT & CONCLUSIONS OF LAW; EVIDENCE IN SUPPORT THEREOF & RESPONSE TO PLAINTIFF'S SEPARATE STATEMENT**<br><br>[Filed concurrently with Reply, Reply Separate Statement, Objections, Response to Plaintiff's Objections, [Proposed Order]<br><br>MSJ Date;    **May 16, 2011**<br>Time:        9:00 a.m.<br>Dept.        850<br><br>Action Filed:  November 4, 2010<br>**Trial Date:   October 4, 2011** |

Pursuant to Local Rule 56-1, Los Angeles County Sheriff's Department and Sheriff Lee Baca ("the LASD Defendants") lodge their Reply Separate Statement and Conclusions of Law, and Evidence in Support thereof and Response to

HOA.789603.1

and Conclusions of Law, and Evidence in Support thereof and Response to Plaintiff's Separate Statement.

DATED: May 2, 2011

Respectfully submitted,

ANDREA SHERIDAN ORDIN
County Counsel

By  *[signature]*
JENNIFER A.D. LEHMAN
Principal Deputy County Counsel

Attorneys for Defendants
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT & LEE BACA