GOV'T CODE § 6103

1  ANDREA SHERIDAN ORDIN, County Counsel
   ROGER H. GRANBO, Assistant County Counsel
2  JENNIFER A.D. LEHMAN, Principal Deputy County Counsel
   (SBN 191477) • *jlehman@counsel.lacounty.gov*
3  JONATHAN McCAVERTY, Deputy County Counsel
   (SBN 210922) • *jmccaverty@counsel.lacounty.gov*
4  648 Kenneth Hahn Hall of Administration
   500 West Temple Street
5  Los Angeles, California  90012-2713
   Telephone (213) 974-1908  Fax: (213) 626-2105
6
   Attorneys for Defendants
7  LOS ANGELES COUNTY SHERIFF'S DEPARTMENT & LEE BACA

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12

13  JONATHAN BIRDT,                    CASE NO. CV 10-08377 JAK (JEMx)

14          Plaintiff,                 **LASD DEFENDANTS'**
                                       **OBJECTIONS TO PLAINTIFF'S**
15          v.                         **EVIDENCE IN SUPPORT OF**
                                       **MOTION FOR SUMMARY**
16  CHARLIE BECK, LEE BACA, THE        **JUDGMENT AND IN OPPOSITION**
    LOS ANGELES POLICE                 **TO THE LASD DEFENDANTS'**
17  DEPARTMENT and THE LOS             **MOTION FOR SUMMARY**
    ANGELES COUNTY SHERIFF'S           **JUDGMENT**
18  DEPARTMENT, and DOES 1 through
    50,                                MSJ Date;       **May 16, 2011**
19                                     Time:           9:00 a.m.
            Defendants.                Dept.           850
20
                                       Action Filed:   November 4, 2010
21                                     **Trial Date:**     **October 4, 2011**

22

23        Defendants Los Angeles County Sheriff's Department and Sheriff Lee Baca

24  ("the LASD Defendants") submit the following objections in response to Plaintiff's

25  evidence in support of reply to Plaintiff's motion for summary judgment, and

26  Opposition to Defendants' motion.

27

28

1    **Declaration of Lawrence Mudgett**

2    Initially, Plaintiff offers the declaration of Lawrence Mudgett, a retired

3    Chief Firearms Instructor from the Los Angeles Police Department, to opine

4    regarding nationwide public policy and statistics regarding CCW permit possession

5    and violence.  Defendants object that Mr. Mudgett is not qualified to provide such

6    testimony.  Mr. Mudgett's credentials and curriculum vitae do not indicate that he

7    has any expertise in nationwide public policy matters related to firearms.

8    1.    **Paragraph 3**: The need to Carry concealed is due only to the decision

9    of the California legislature to make that the only method of permissible carry

10   having, otherwise banned the possession of a loaded firearm by law abiding

11   citizens and further, even the possession of an unloaded weapon within 1000 feet

12   of a school, which in Southern California would make travel nearly an impossible

13   task."

14   *Objection*:  Hearsay, Lacks foundation, Improper Expert Opinion,

15   Calls for a Legal Conclusion not within Declarant's Expertise.  FRE 402, 602,

16   701, 702, 802.

17   2.    **Paragraph 4:** "For instance, according to studies armed citizens kill

18   more criminals in self-defense than our Nations police officers by about 2 to 1.

19   Police officers have about 5 times as many "mistake of fact shootings" as armed

20   citizens."

21   *Objection*:  Hearsay, Lacks Foundation, Improper Expert Opinion,

22   Calls for a Legal Conclusion not Within Declarant's Expertise. FRE 402, 602,

23   701, 702, 802.

24   3.    **Paragraph 5:** "It is my opinion, based upon my education, training,

25   and experience that Law enforcement relies upon FBI Uniform Crime Statistics,

26   which, over the last thirty years have shown a distinct and significant drop in

27   violent crime each year."

28   *Objection*:  Hearsay, Lacks Foundation, Improper Expert Opinion, Calls for

1  a Legal Conclusion not Within Declarant's Expertise; Best Evidence Rule. FRE
2  402, 602, 701, 702, 802.

3      4.    **Paragraph 6:** "When considering the success that other state have
4  had with the "shall issue system," we must wonder why LE officials do not
5  believe that the same result would occur in CA. One can only conclude that LE
6  officials must believe that California residents are somehow different than the
7  residents of other states. California residents must be deemed less trustworthy,
8  less restrained, more violent, more prone to commit crimes, etc."

9      *Objection*: Hearsay, Lacks Foundation, Improper Expert Opinion,
10  Calls for a Legal Conclusion not Within Declarant's Expertise. FRE 402, 602,
11  701, 702, 802.

12     5.    **Paragraph 7**:

13     a)    "It is my opinion, based upon my education, training, experience, and
14  being intimately familiar with firearms research, regulation, publications, and
15  studies, that there is no correlation between the issuance of CCW permits and
16  violence."

17     b)    "...CCW permit holders are not in any way likely to increase crime or
18  violence, and among the gun owning population are safer and more likely to
19  reduce the accident rate because of their increased training and awareness. What
20  facts I am aware of indicate that armed and trained citizens reduce crime by their
21  very existence, as criminals do not know which citizens are in fact armed."

22     c)    Citation to the Lott-Mustard Report and other published articles and
23  reports.

24     *Objection*: Hearsay, Speculation, Lacks Foundation, Improper
25  Expert Opinion, Calls for a Legal Conclusion not Within Declarant's Expertise.
26  FRE 402, 602, 701, 702, 802.

27     6.    **Paragraph 8:** "The declaration of Franklin Zimring is not consistent
28  with my knowledge, training, or experience. Mr. Zimring expresses theories

1  which are not related to CCW permits and are not consistent with any peer

2  reviewed statistics.  By way of example, one of the undisputed facts used by

3  Zimring was the so called fact that 39 percent of people who commit murder had

4  at the time no disqualifying convictions.  My first thought is that these are

5  juveniles who commit a good percentage of the crime in Los Angeles.  Their

6  juvenile arrests may not be used against them as adults and they may comprise a

7  portion of this supposed 39 percent.  The second factor is people who are arrested

8  for serious crimes in LA are often allowed to plea the case down to a far lesser

9  crime and the minor crime is the one they are actually convicted of.  These are

10  weaknesses in the criminal justice system that should not be used to deny you the

11  right of self-defense.  I find the statistics suspicious in any case."

12      *Objection*:  Hearsay, Speculation, Lacks Foundation, Improper

13  Expert Opinion, Calls for a Legal Conclusion not Within Declarant's Expertise.

14  FRE 402, 602, 701, 702, 802.

15  **Declaration of Jonathan Birdt (as to LASD)**

16      7.      Paragraph 2:  "As a Judge, Advocate, GAL and High Profile

17  litigation attorney, is exposed to a greater risk of harm."

18      *Objection*:  Speculation, Lacks Foundation.

19  DATED: May 2, 2011                  Respectfully submitted,

20

21                                       ANDREA SHERIDAN ORDIN
                                         County Counsel
22

23                                  By   _____

24                                       JENNIFER A.D. LEHMAN
                                         Principal Deputy County Counsel
25

26                                  Attorneys for Defendants
                                    LOS ANGELES COUNTY SHERIFF'S
27                                  DEPARTMENT & LEE BACA

28

HOA.789679.1                        -4-