ANDREA SHERIDAN ORDIN, County Counsel
ROGER H. GRANBO, Assistant County Counsel
JENNIFER A.D. LEHMAN, Principal Deputy County Counsel
(SBN 191477) • jlehman@counsel.lacounty.gov
JONATHAN MCCAVERTY, Deputy County Counsel
(SBN 210922) • jmccaverty@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California  90012-2713
Telephone (213) 974-1908  Fax: (213) 626-2105

Attorneys for Defendants
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT & LEE BACA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>Plaintiff,<br><br>v.<br><br>CHARLIE BECK, LEE BACA, THE LOS ANGELES POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and DOES 1 through 50,<br><br>Defendants. | CASE NO. CV 10-08377 JAK (JEMx)<br><br>**STIPULATION WAIVING ORAL ARGUMENTS ON MOTIONS FOR SUMMARY JUDGMENT AND NON-OPPOSITION TO BRADY AMICUS MOTION**<br><br>[Filed concurrently with Proposed Order]<br><br>Date:        **June 27, 2011**<br>Time:        1:30 p.m.<br>Dept.        750<br><br>Action Filed:    November 4, 2010<br>**Trial Date:    October 4, 2011** |

IT IS HEREBY STIPULATED by Plaintiff JONATHAN BIRDT,

Defendants LOS ANGELES POLICE DEPARTMENT AND CHARLIE BECK

and Defendants LEE BACA and LOS ANGELES COUNTY SHERIFF'S

DEPARTMENT through their respective attorneys of record, that all parties waive

oral argument on the motions for Summary Judgment set for June 27, 2011, and

further waive any opposition to the filing of the Amicus Brief by the Brady Center

1  for Gun Violence.

2      IT IS SO STIPULATED.

3  DATED: May 4, 2011              JONATHAN BIRDT, in Pro Se

4

5

6                                  By _____/s/_____
                                       JONATHAN BIRDT

7

8

9  DATED: May 4, 2011              CARMEN A. TRUTANICH, City Attorney
                                   GARY G. GEUSS, Chief Assistant City
10                                 Attorney CORY M. BRENTE, Supervising
11                                 Asst. City Attorney

12

13

14                                 By _____/s/_____
                                       ELIZABETH MITCHELL
15                                     Deputy City Attorney

16
                                   Attorneys for Defendants
17                                 City of Los Angeles, et al.

18

19  DATED: May 4, 2011             ANDREA SHERIDAN ORDIN
                                   County Counsel
20

21

22                                 By _____/s/_____
                                       JENNIFER A.D. LEHMAN
23                                     Principal Deputy County Counsel

24
                                   Attorneys for Defendants
25                                 County of Los Angeles, et al.

26

27

28