NO FEE DUE
GOV'T CODE § 6103

ANDREA SHERIDAN ORDIN, County Counsel
ROGER H. GRANBO, Assistant County Counsel
JENNIFER A.D. LEHMAN, Principal Deputy County Counsel
(SBN 191477) • jlehman@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone (213) 974-1908  Fax: (213) 626-2105

Attorneys for Defendants
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and LEE BACA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, <br><br> Plaintiff, <br><br> v. <br><br> CHARLIE BECK, LEE BACA, THE LOS ANGELES POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and DOES 1 through 50, <br><br> Defendants. | CASE NO. CV 10-08377 JAK (JEMx) <br><br> **[PROPOSED] ORDER WAIVING ORAL ARGUMENTS ON MOTIONS FOR SUMMARY JUDGMENT AND NON-OPPOSITION TO BRADY AMICUS MOTION** |

Based upon the stipulation of the Parties, the Court ORDERS as follows:

1. All Parties' Cross-Motions for Summary Judgment, set for June 27, 2011 are taken off calendar and under submission based upon the parties waiver of oral argument.

2. The Application to file an Amicus Brief by the Brady Center to Prevent Gun Violence is granted and deemed filed and taken under submission.

HOA.790621.1

1     IT IS SO ORDERED.

2

3  DATE:_____                    _____

4                                       Honorable John A. Kronstadt
                                        United States District Court Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28