| | |
|---|---|
| 1 | **JONATHAN W. BIRDT – SBN 183908** |
| 2 | 18252 Bermuda Street |
|   | Porter Ranch, CA 91326 |
| 3 | Telephone:  (818) 400-4485 |
| 4 | Facsimile:   (818) 428-1384 |
|   | jon@jonbirdt.com |
| 5 | Plaintiff |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JONATHAN BIRDT, | ) | CASE NO.  2:10-CV-08377-RGK -JEM |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **OBJECTION TO DEFENDANTS** |
| vs. | ) | **SUPPLEMTANTAL AUTHORITY** |
|  | ) |  |
| CHARLIE BECK, LEE BACA, THE LOS ANGELES POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT, DOES 1 to 50, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

Plaintiff objects to the filing Supplemental filing by the County of Los Angeles because the time to file a reply or opposition has passed and there is no authority for the filing of this late supplemental brief.  Moreover the decision District Court decision is not controlling and inapposite to the instant matter because Plaintiff herein is prohibited by law from engaging in unloaded open carry as establish by the undisputed facts, and Plaintiff herein does not argue that self-defense is the correct standard, only that Defendants conduct violates Plaintiffs rights because the law does not afford Plaintiff herein any alternative means of carrying a weapon outside of the home.

May 17th, 2011                                                            __/s/_____

                                                                                        Jonathan W. Birdt

OBJECTION TO SUPPLEMENTAL AUTHORITY                                    PAGE - 1
2:10-CV-08377-RGK -JEM