**CARMEN A. TRUTANICH**, City Attorney (SBN 86629x)
**GARY G. GEUSS**, Chief Assistant City Attorney
**CORY M. BRENTE,** Assistant City Attorney
**ELIZABETH MITCHELL,** Deputy City Attorney (SBN 251139)
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA  90012
Email: elizabeth.mitchell@lacity.org
Phone No.: (213) 978-6958
Fax No.: (213) 978-8785

*Attorneys for Defendants* CHARLIE BECK and LOS ANGELES POLICE
DEPARTMENT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, | CASE NO. CV10-8377 RGK (JEM) |
| Plaintiff, | DECLARATION OF JULIE BASCO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CHARLIE BECK, LEE BACA, THE LOS ANGELES POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT, DOES 1 to 50, *inclusive,* | Date:          May 16, 2011 Time:          9:00 a.m. Courtroom:   850 |
| Defendants. | *(MOTION TAKEN UNDER SUBMISSION)* |

i

### DECLARATION OF JULIE BASCO

I, Julie Basco, declare as follows:

1.     My current position is the Bureau Chief of the Bureau of Criminal Information and Analysis in the Department of Justice.

2.     The Department of Justice has produced a statistical run from the Automated Criminal History System to determine the number of criminal identification and index (CII) number/subjects with a felony arrest from January 1,2010 - December 31, 2010. From this run, 122,948 number/subjects were adults at the time of arrest and had a Los Angeles County Originating Agency Identifier (ORI).

3.     Of these 122,948 number/subjects, 43,440 also had a felony conviction prior to January 1,2010.

I declare under penalty of perjury that the forgoing is true and correct. Executed at _Sacramento_ , this _28th_ of July 2011.

JULIE BASCO, declarant

1