NO FEE DUE
GOV'T CODE § 6103

1 ANDREA SHERIDAN ORDIN, County Counsel
ROGER H. GRANBO, Assistant County Counsel
2 JENNIFER A.D. LEHMAN, Principal Deputy County Counsel
(SBN 191477) • jlehman@counsel.lacounty.gov
3 JONATHAN MCCAVERTY, Deputy County Counsel
(SBN 210922) • jmccaverty@counsel.lacounty.gov
4 648 Kenneth Hahn Hall of Administration
500 West Temple Street
5 Los Angeles, California 90012-2713
Telephone (213) 974-1908  Fax: (213) 626-2105
6
Attorneys for Defendants
7 LOS ANGELES COUNTY SHERIFF'S DEPARTMENT & LEE BACA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JONATHAN BIRDT, | CASE NO. CV 10-08377 JAK (JEMx) |
|---|---|
| Plaintiff, | **STIPULATION VACATING ALL DATES AND DEADLINES** |
| v. | [Filed concurrently with Proposed Order] |
| CHARLIE BECK, LEE BACA, THE LOS ANGELES POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and DOES 1 through 50, | Action Filed: November 4, 2010<br>**Trial Date:** **October 4, 2011** |
| Defendants. | |

IT IS HEREBY STIPULATED by Plaintiff JONATHAN BIRDT, Defendants LOS ANGELES POLICE DEPARTMENT AND CHARLIE BECK and Defendants LEE BACA and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT through their respective attorneys of record, that all dates in this matter should be vacated pending the Court's rulings on the motions for Summary Judgment filed by all parties and taken under submission June 27, 2011. The parties believe the Court's decision will likely be case dispositive thus making trial

preparation unnecessary, as the ruling will likely result in further pleadings by the parties or a direct appeal. To the extent the Court's decision is not dispositive, the parties agree to request a conference with the Court at the appropriate time.

IT IS SO STIPULATED.

DATED: August 24, 2011         JONATHAN BIRDT, in Pro Se


By         /s/
   ───────────────────────
   JONATHAN BIRDT


DATED: August 24, 2011         CARMEN A. TRUTANICH, City Attorney
                               GARY G. GEUSS, Chief Assistant City
                               Attorney CORY M. BRENTE, Supervising
                               Asst. City Attorney


By         /s/
   ───────────────────────
   ELIZABETH MITCHELL
   Deputy City Attorney

Attorneys for Defendants
City of Los Angeles, et al.


DATED: August 24, 2011         ANDREA SHERIDAN ORDIN
                               County Counsel


By         /s/
   ───────────────────────
   JENNIFER A.D. LEHMAN
   Principal Deputy County Counsel

Attorneys for Defendants
County of Los Angeles, et al.