**JONATHAN W. BIRDT – SBN 183908**
18252 Bermuda Street
Porter Ranch, CA 91326
Telephone:     (818) 400-4485
Facsimile:     (818) 428-1384
jon@jonbirdt.com
Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, | CASE NO. 2:10-CV-08377-JAK -JEM |
| Plaintiff, | PLAINTIFF'S REQUEST FOR RULING ON MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| CHARLIE BECK, LEE BACA, THE LOS ANGELES POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT, DOES 1 to 50, | |
| Defendants. | |

TO THE HONORABLE COURT:

Plaintiff respectfully requests that the Court issue a ruling on Plaintiff's Motion for Summary Judgment originally filed January 4, 2011 and set for hearing April 27, 2011.  The parties have stipulated there are no disputes of material fact and the Court took the matter under submission as of September 19, 2011.  Non-appearance review dates were set for 10/31/11 and 11/7/11, but no current dates appear to be set.  Plaintiff respectfully reminds this Court that his Fundamental Civil Rights are at issue herein and requests that the Court issue an order on the motion.

January 8, 2012                                                       __/s/ Jonathan W. Birdt_____
                                                                                     By Plaintiff Jonathan W. Birdt

PLAINTIFF'S REQUEST FOR RULING ON MOTION FOR SUMMARY JUDGMENT
PAGE- 1                                                                                           2:10-CV-08377-JAK -JEM