**JONATHAN W. BIRDT – SBN 183908**
18252 Bermuda Street
Porter Ranch, CA 91326
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com
Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>     Plaintiff,<br><br>vs.<br><br>CHARLIE BECK, LEE BACA, THE LOS ANGELES POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT, DOES 1 to 50,<br><br>     Defendants. | CASE NO. 2:10-CV-08377-JAK -JEM<br><br>**NOTICE OF APPEAL** |

   Notice is hereby given that Plaintiff hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Re Plaintiff's and Defendants' Motions for Summary Judgment entered January 13, 2012.

January 14, 2012                                        __/s/_____
                                                                       Jonathan W. Birdt

NOTICE OF APPEAL                     PAGE - 1               2:10-CV-08377-JAK -JEM