ANDREA SHERIDAN ORDIN, County Counsel
ROGER H. GRANBO, Assistant County Counsel
JENNIFER A.D. LEHMAN, Principal Deputy County Counsel
(SBN 191477) • jlehman@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1908 · Fax: (213) 626-2105

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMSON,<br><br>           Plaintiff,<br><br>    v.<br><br>TORRANCE POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT,<br><br>           Defendants. | CASE NO. CV 11-06154 SJO(JCx)<br><br>(to be related to CV 10-08377 JAK (JEMx) and CV 11-08026 JHN(JCGx)<br><br>**LASD REPLY TO PLAINTIFF'S OPPOSITION TO RELATING CASES**<br><br>**[Local Rule 83-1.3]** |

Under Central District Local Rule 83.1.3, a case need not be pending for it to be related. The Rule only requires that the related action be "<u>previously filed</u> or currently pending in the Central District" and (a) arise from the same or closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges." (Central Dist. Local Rule 83.1.3.)

Here, the cases of *Jonathan Birdt v. Charlie Beck, et al.*, United States District Court Case No. CV 10-08377 JAK (JEMx), *Robert Thomson v. Torrance*

HOA.855069.1

Reply to Opp to Notice of Related Cases
CV 10-08377 JAK(JEMx) /
CV 11-06154 SJO (JCx),
CV 11-08026 JHN(JCGx)

1. *Police Department, et al.*, United States District Court Case No. CV 11-06154 SJO
2. (JCx), and *Sigitas Raulinaitis, et al. v. Los Angeles County Sheriff's Department*,
3. United States District Court Case No. CV 11-08026 JHN(JCGx) all allege that the
4. Los Angeles County Sheriff's Department's policy for the issuance of concealed
5. weapons permits violates the Second Amendment. In light of the identical legal
6. issues presented in these cases, Defendant LASD submits that litigating these cases
7. separately will create a substantial duplication of labor if heard by different judges.
8. Judge Kronstadt recently ruled on the very issues that are the subjects of the
9. *Thomson* and *Raulinaitis* cases, and is already familiar with the law and the facts.
10. Having two other judges become familiar with the issues will result in a substantial
11. and expensive duplication of labor. Moreover, inconsistent rulings may result.
12. Accordingly, these are Related Cases for the purposes of Local Rule 83.1.3.
13.     Additionally, while the parties have filed their respective motions for
14. summary judgments, the matter has not been fully briefed. The hearing on the
15. *Thomson* matter is presently set before Judge Otero on February 27, 2012. While
16. Plaintiff has filed his Oppositions to the Defendants' summary judgment motions,
17. Defendants have not yet filed their papers. There is no trial date on the *Thomson*
18. case. The trial date in *Raulinaitis* is September 4, 2012.
19. DATED: January 20, 2012        Respectfully submitted,

ANDREA SHERIDAN ORDIN
County Counsel

By       /S/
JENNIFER A.D. LEHMAN
Principal Deputy County Counsel

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT

HOA.855069.1

Reply to Opp to Notice of Related Cases
CV 10-08377 JAK(JEMx) /
CV 11-06154 SJO (JCx),
CV 11-08026 JHN(JCGx